GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgdk.com
KATHY BAZOIAN PHELPS (State Bar No. 155564)
kphelps@dgdk.com
MICHAEL G. D'ALBA (State Bar No. 264403)
mgd@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

JS-6

Attorneys for David A. Gill, Receiver

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. GILL, solely in his capacity as Permanent Receiver in the matter of *Securities and Exchange Commission vs. Diversified Lending Group, Inc.; Applied Equities, Inc.; Bruce Friedman and Tina M. Placourakis*, U.S.D.C. Case No. CV 09-01533-R-SS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL G. KAPLAN, an individual,<br><br>　　　　Defendant. | Case No. 2:10-CV-06549 R (SSx)<br><br>**ORDER (1) FOR DISMISSAL OF ACTION WITH PREJUDICE; AND (2) FOR WITHDRAWAL OF PROOFS OF CLAIM** |

　　　The Court having considered the Stipulation by and between the Receiver and Michael G. Kaplan (1) for Dismissal of Action with Prejudice; and (2) for Withdrawal of Proofs of Claim, and good cause appearing,

　　　IT IS ORDERED THAT

　　　1.　　The complaint in the above-entitled action is dismissed with prejudice.

　　　2.　　Any proofs of claim filed by Michael G. Kaplan dba Voir Dire Partners; Michael G. Kaplan dba Michael G. Kaplan & Associates; Michael G. Kaplan dba Kaplan Abraham Burkert & Co.; Michael G. Kaplan; Dina Kaplan; and Brandon

514433.1 25176A

-2-

Kaplan, by and through his parents and guardians, are deemed to have been withdrawn.

    3. All hearings and deadlines currently set in the above-entitled action are hereby vacated.

DATED: DEC. 7, 2011     _____

    UNITED STATES DISTRICT JUDGE

514433.1 25176A

**PROOF OF SERVICE**

I, Cheryl Caldwell, declare:

I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, California 90067-4402.

On December 7, 2011, I served the following document(s): **[PROPOSED] ORDER (1) FOR DISMISSAL OF ACTION WITH PREJUDICE; AND (2) FOR WITHDRAWAL OF PROOFS OF CLAIM** on the interested parties addressed as follows:

**U.S. Mail and E-mail**
Defendant
Michael G. Kaplan
Richard D. Burstein, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard St., Ste. 500
Woodland Hills, CA 91367
rburstein@ebg-law.com

**E-mail Only**
John M. McCoy, III, Esq.
U.S. Securities & Exchange Commission
Office of Enforcement
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036
mccoyj@sec.gov

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 1900 Avenue of the Stars, 11th Floor, Los Angeles, California 90067-4402, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

(By E-mail) Electronic transmission.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on December 7, 2011, at Los Angeles, California.

| Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|
| (Type or print name) | (Signature) |

-3-

514433.1 25176A